No. 95–7345. STERLING v. UNITED STATES. C. A. 4th Cir. Motion of petitioner to amend the petition for writ of certiorari denied. Certiorari denied.

No. 95–7961 (A–690). SLOAN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 95–634. LOVELL v. PLANTERS BANK & TRUST COMPANY OF CLAIBORNE PARISH; and LOVELL v. NEWELL ET AL., ante, p. 1029;

No. 95–784. PODGURSKI v. SUFFOLK COUNTY, NEW YORK, ET AL., ante, p. 1048;

No. 95–5600. KELLY v. IMMIGRATION AND NATURALIZATION SERVICE, ante, p. 992;

No. 95–5801. HUNT v. DEPARTMENT OF THE ARMY, ante, p. 1050;

No. 95–5852. REED v. TEXAS, ante, p. 1050;

No. 95–6097. SCALES v. LOUISIANA, ante, p. 1050;

No. 95–6268. CHIA v. MOTOROLA COMMUNICATIONS, INC., ante, p. 1013;

No. 95–6369. WEBSTER v. CITY OF AMARILLO, TEXAS, ET AL., ante, p. 1051;

No. 95–6373. BONIN v. CALDERON, WARDEN, ET AL., ante, p. 1051;

No. 95–6450. DOLPHIN v. STARKMAN, ante, p. 1052;

No. 95–6455. RODRIGUEZ v. FLORIDA, ante, p. 1052;

No. 95–6460. FANTA v. CITY OF SEATTLE ET AL., ante, p. 1068;

No. 95–6592. HAM v. NAGLE, WARDEN, ET AL., ante, p. 1055;

No. 95–6603. TURNER v. CULLUM, SECRETARY OF VIRGINIA HEALTH AND HUMAN RESOURCES, ante, p. 1056;

No. 95–6697. NOBLE v. UNITED STATES ET AL., ante, p. 1058;

No. 95–6789. DWYER v. MILLSAPS, DIRECTOR, COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT FOR TRAVIS COUNTY, TEXAS, ET AL., ante, p. 1061;

No. 95–6824. LEA v. UNITED STATES, ante, p. 1062;

No. 95–6903. BRANCH v. UNITED STATES, ante, p. 1068; and

No. 95–6940. ONYEJEKWE v. UNITED STATES, ante, p. 1065. Petitions for rehearing denied.